## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DIXON HOLDINGS, LLC.,**

    **Plaintiff,**

**v.**                                                    **Case No. 8:25-mc-40-WFJ-AAS**

**RENATA ANGIOLI,**

    **Defendant**

**and**

**JPMORGAN CHASE BANK, N.A.,**

    **Garnishee.**

_____/

## **ORDER**

Plaintiff Dixon Holdings, LLC (Dixon Holdings) replied to Garnishee JPMorgan Chase Bank's answer to the writ of garnishment and moved for a determination of Garnishee liability and entry of final judgment. (Doc. 32). JPMorgan Chase Bank is directed to reply to Dixon Holding's motion for determination of Garnishee liability (Doc. 32) by **May 5, 2026**. The court will schedule a hearing to rule on the motion after JPMorgan's reply is filed pursuant to Section 77.083. *See Navy Fed. Credit Union v. Veros Credit, LLC*, 396 So. 3d 590, 592 (Fla. 4th DCA 2024) ("Moreover, section 77.083 expressly requires a 'trial' before a judgment can be entered in garnishment if a plaintiff

1

contests the garnishee's answer in a reply filed pursuant to section 77.061.").

**ORDERED** in Tampa, Florida on April 20, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge