**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DIXON HOLDINGS, LLC,

     Plaintiff,

v.                                                                        Case No: 8:25-mc-40-WFJ-AAS

RENATA ANGIOLI,

     Defendant.

_____/

## **ORDER**

Before the Court is the United States Magistrate Judge's report recommending that Defendant Renata Angioli's claim of exemption and request for hearing (Dkt. 33) be denied.  The time for filing objections has passed.

Absent objection, the Court conducts a "careful and complete" review of the report and recommendation.  *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982 (*per curiam*) (quotation citation omitted).  "Clear error" review applies to portions of the report and recommendation to which no objection is made.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted).  Legal conclusions are reviewed *de novo* in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).  The

Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Magistrate Judge, in a thorough and well-reasoned analysis, found that Defendant Angioli did not comply with Florida's garnishment laws requiring strict construction.  Dkt. 45.  Ms. Angioli failed to timely file a completed form for claim of exemption and request for hearing with the Clerk's office.  Ms. Angioli also failed to complete a certification and to mail a copy of same to the Plaintiff or Plaintiff's counsel and the garnishee or garnishee's counsel.  Nor did Ms. Angioli timely move to dissolve the writ of garnishment after receiving notice.

Having conducted a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. The Report and Recommendation (Dkt. 45) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's claim of exemption and request for hearing (Dkt. 33) is **denied**.

   **DONE** and **ORDERED** in Tampa, Florida on May 6, 2026.

   s/*William F. Jung*        
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of record
Defendant, *pro se*