UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIXON HOLDINGS, LLC,

     Plaintiff,

v.                                                                    Case No.: 8:25-mc-40-WFJ-AAS

RENATA ANGIOLI,

     Defendant.

_____/

## REPORT & RECOMMENDATION

Dixon Holdings, LLC (Dixon Holdings) moves for a determination of garnishee liability and for entry of final judgment against the garnishee, JPMorgan Chase Bank (JPMorgan Bank). (Doc. 32). JPMorgan Bank's response serves as a contingent notice of settlement between Dixon Holdings and JPMorgan Bank. (Doc. 47).

The settlement provides JPMorgan Bank's liability under the writ would be $12,486.41, if Ms. Angioli's claim of exemption and motion to dismiss are denied.

On May 6, 2026, the court denied Ms. Angioli's claim of exemption. (Doc. 51). On June 2, 2026, the undersigned recommended Ms. Angioli's motion to dismiss be denied. (Doc. 62). Now, the undersigned recommends that if the District Judge adopts the Report and Recommendation denying the motion to

1

dismiss, then the motion to determine garnishee liability should be denied as moot per the settlement (Doc. 47) and judgment should be entered in the agreed amount of $12,486.41.

     **ENTERED** in Tampa, Florida on June 2, 2026.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

### NOTICE TO PARTIES

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.