UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIXON HOLDINGS, LLC,**

    **Plaintiff,**

**v.**                                    **Case No.: 8:25-mc-40-WFJ-AAS**

**RENATA ANGIOLI,**

    **Defendant.**

_____/

## <u>ORDER</u>

Dixon Holdings, LLC (Dixon) moves the court, under Rule 64 and 69(a) of the Federal Rules of Civil Procedure and Florida Statutes § 77.03 et seq., to issue a writ of garnishment against JPMorgan Chase Bank, N.A., for judgments owed by Renata Angioli. (Doc. 55).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the

1

amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

Dixon obtained three judgments against Ms. Angioli on June 20, 2024, April 8, 2025, and June 23, 2025. The respective amount of each judgment is $44,645.00, $135,390.95, and $137,002.50. Each judgment was registered in this court. (Doc. 55-2).[1] According to Dixon's motion (Doc. 55) the total amount remaining due and unpaid is $317,038.45, along with costs and post-judgment interest at the legal rate, accruing from the respective dates of the judgments until paid.

Dixon's Motion for Writ of Garnishment (Doc. 55) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named garnishee using the forms attached to Dixon's motion. (Doc. 55, Ex. 1). Dixon must include with the writ copies of:

a. Dixon's Motion for Writ of Garnishment (Doc. 55),
b. this Order, and
c. Dixon's Registration of Foreign Judgments (Doc. 55-2).

**ORDERED** in Tampa, Florida on June 2, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] *See also* (Doc. 1 of each consolidated case).