UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIXON HOLDINGS, LLC,**

      **Plaintiff,**

**v.**                                **Case No.: 8:25-mc-40-WFJ-AAS**

**RENATA ANGIOLI,**

      **Defendant.**

_____/

## <u>ORDER</u>

Dixon Holdings, LLC (Dixon) moves the court, under Rule 64 and 69(a) of the Federal Rules of Civil Procedure and Florida Statutes § 77.03 et seq., to issue a writ of garnishment against Northfield Bank for judgments owed by Renata Angioli. (Doc. 60).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the

1

amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

Dixon obtained three judgments against Ms. Angioli on June 20, 2024, April 8, 2025, and June 23, 2025. The respective amount of each judgment is $44,645.00, $135,390.95, and $137,002.50. Dixon registered each judgment in this court. (Doc. 60-2).[1] According to Dixon's motion (Doc. 60) the total amount remaining due and unpaid is $317,038.45, along with costs and post-judgment interest at the legal rate, accruing from the respective dates of the judgments until paid.

Dixon's Motion for Writ of Garnishment (Doc. 60) is **DENIED without prejudice**. The proposed writ is addressed to a New York address of Northfield Bank. (Doc. 60-1). "Florida's garnishment statute does not apply to out-of-state bank accounts because courts in Florida lack *in rem* jurisdiction over such bank accounts for garnishment purposes." *Cardinale v. Vitamin Emporium, Inc.*, No. 6:21-CV-379-ACC-EJK, 2024 WL 6816970 at *2 (M.D. Fla. Jan. 4, 2024); *see Stansell v. Revolutionary Armed Forces of Colombia (FARC)*, 149 F. Supp. 3d 1337, 1339–40 (M.D. Fla. 2015) (holding the court lacked jurisdiction over the property and the writ must be dissolved where the plaintiff served a writ of garnishment attempting to attach bank accounts located outside the State of Florida).

---

[1] *See also* (Doc. 1 of each consolidated case).

**ORDERED** in Tampa, Florida on June 2, 2026.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge