# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DIXON HOLDINGS, LLC,

    Plaintiff,

v.                            Case No: 8:25-mc-40-WFJ-AAS
                                                 8:25-mc-41-WFJ-AAS
                                                 8:25-mc-42-WFJ-AAS

RENATA ANGIOLI,

    Defendant.

_____/

## **ORDER**

Before the Court is the United States Magistrate Judge's report recommending that Plaintiff Dixon Holding, LLC's motion for determination of garnishee liability against JPMorgan Chase Bank (Dkt. 32) be denied as moot (Dkt. 63), conditioned upon this Court adopting the report and recommendation at docket 62. Garnishee JPMorgan Chase Bank filed a response that serves as a contingent notice of settlement between Dixon Holdings, LLC and JPMorgan Chase Bank. Dkt. 47. The time for filing objections has passed.

Absent objection, the Court conducts a "careful and complete" review of the report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982 (*per curiam*) (quotation citation omitted). "Clear error" review applies to portions of the report and recommendation to which no objection is made. *Macort*

*v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted). Legal conclusions are reviewed *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Court agrees with the Magistrate Judge that having adopted and ruled that Ms. Angioli's claim of exemption and motions to dismiss are denied (Dkt. 83), a judgment for Plaintiff and against the garnishee JPMorgan Chase Bank should be entered in the agreed amount of $12,486.41.

Having conducted a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. The Report and Recommendation (Dkt. 63) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff Dixon Holdings, LLC's motion to determine garnishee liability (Dkt. 32) is **DENIED as moot.** Pursuant to the settlement (Dkt. 47), judgment is entered in the agreed amount of $12,486.41 in favor of Plaintiff Dixon Holdings, LLC and against the garnishee JPMorgan Chase Bank.

3. The Clerk is directed to enter judgment in accord with paragraph 2 above.

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2026.

s/*William F. Jung*

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of record
Defendant, *pro se*